No. 10–8188. IN RE DAVIS;

No. 10–8190. IN RE ESHAN; and

No. 10–8231. IN RE MACKLIN. Petitions for writs of habeas corpus denied.

No. 10–7904. IN RE CREVELING. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus and/or prohibition dismissed. See this Court's Rule 39.8.

No. 10–680. HOWES, WARDEN *v.* FIELDS. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 10–6549. REYNOLDS *v.* UNITED STATES. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 08–9917. BLANKENSHIP *v.* HALL, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 09–1354. ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., ET AL. *v.* FOOD AND DRUG ADMINISTRATION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 09–8253. WILES *v.* BAGLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 09–9903. MARTINEZ *v.* ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–339. BENOIT ET AL. *v.* DEPARTMENT OF AGRICULTURE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 10–412. VANDERBILT UNIVERSITY *v.* ICOS CORP. C. A. Fed. Cir. Certiorari denied.

No. 10–434. CITY OF SANTA ROSA, CALIFORNIA, ET AL. *v.* DE-SANTIS, GUARDIAN AD LITEM, ET AL. C. A. 9th Cir. Certiorari denied.